```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 03847
   GABRIEL M JACKSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5029


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/20/2008 and was not confirmed.

     The case was dismissed without confirmation 07/21/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED          455.67         .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          288.76         .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          371.16         .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          333.10         .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          766.59         .00           .00
AMERICAN COLLECTION        UNSECURED        NOT FILED        .00           .00
TCF NATIONAL BANK          NOTICE ONLY      NOT FILED        .00           .00
AMSHER COLLECTION SERVIC   UNSECURED        NOT FILED        .00           .00
T MOBILE                   NOTICE ONLY      NOT FILED        .00           .00
ASSET ACCEPTANCE LLC       NOTICE ONLY      NOT FILED        .00           .00
ASSET ACCEPTANCE LLC       NOTICE ONLY      NOT FILED        .00           .00
ASSET ACCEPTANCE LLC       NOTICE ONLY      NOT FILED        .00           .00
BARNES AUTO GROUP          UNSECURED        NOT FILED        .00           .00
BARNES AUTO GROUP          UNSECURED        NOT FILED        .00           .00
BARNES AUTO GROUP          UNSECURED        NOT FILED        .00           .00
CITY OF CHICAGO PARKING    UNSECURED        33955.00         .00           .00
CREDIT PROTECTION ASSOC    UNSECURED        NOT FILED        .00           .00
MDU COMMUNICATIONS USA I   NOTICE ONLY      NOT FILED        .00           .00
CREDIT PROTECTION ASSOC    UNSECURED        NOT FILED        .00           .00
MDU COMMUNICATIONS USA I   NOTICE ONLY      NOT FILED        .00           .00
ROUNDUP FUNDING LLC        UNSECURED         1009.06         .00           .00
FFCC-COLUMBUS INC          UNSECURED        NOT FILED        .00           .00
FFCC-COLUMBUS INC          NOTICE ONLY      NOT FILED        .00           .00
HARVARD COLLECTION         UNSECURED        NOT FILED        .00           .00
ADVOCATE URGENT CARE NOR   NOTICE ONLY      NOT FILED        .00           .00
ILLINOIS COLLECTION SE     UNSECURED        NOT FILED        .00           .00
NWMFF                      NOTICE ONLY      NOT FILED        .00           .00
ILLINOIS COLLECTION SE     UNSECURED        NOT FILED        .00           .00
NWMFF                      NOTICE ONLY      NOT FILED        .00           .00
MEDICAL BUSINESS BUREAU    UNSECURED        NOT FILED        .00           .00
UNIV OF IL EMERGENCY MED   NOTICE ONLY      NOT FILED        .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED        .00           .00
WEBSTER EMERGENCY PHYSIC   NOTICE ONLY      NOT FILED        .00           .00
NCO MEDCLR                 UNSECURED        NOT FILED        .00           .00
WEBSTER EMERGENCY PHYSIC   NOTICE ONLY      NOT FILED        .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03847 GABRIEL M JACKSON
```

```
NCO COLLECTION AGENCY      UNSECURED       NOT FILED            .00              .00
VERIZON WIRELESS           NOTICE ONLY     NOT FILED            .00              .00
ROCKFORD MERCANTILE AGEN   UNSECURED          138.51            .00              .00
ROCKFORD MERCANTILE        NOTICE ONLY     NOT FILED            .00              .00
SUPERIOR ASSET MANAGEMEN   UNSECURED       NOT FILED            .00              .00
T MOBILE                   NOTICE ONLY     NOT FILED            .00              .00
UNITED COLLECTION BUREAU   UNSECURED       NOT FILED            .00              .00
CHICAGO EMERGENCY PHYSIC   NOTICE ONLY     NOT FILED            .00              .00
UNITED COLLECTION BUREAU   UNSECURED       NOT FILED            .00              .00
CHICAGO EMERGENCY PHYSIC   NOTICE ONLY     NOT FILED            .00              .00
UNITED COLLECTION BUREAU   UNSECURED       NOT FILED            .00              .00
CHICAGO EMERGENCY PHYSIC   NOTICE ONLY     NOT FILED            .00              .00
VERIZON WIRELESS           UNSECURED       NOT FILED            .00              .00
WEST ASSET                 UNSECURED       NOT FILED            .00              .00
AT&T                       NOTICE ONLY     NOT FILED            .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1756.36            .00              .00
THOMAS W DREXLER           DEBTOR ATTY      3,104.00                          368.00
TOM VAUGHN                 TRUSTEE                                             32.00
DEBTOR REFUND              REFUND                                                .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     400.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     368.00
TRUSTEE COMPENSATION                                32.00
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                      400.00                 400.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 08 B 03847 GABRIEL M JACKSON